No. 95–7237. DUPREE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–7238. SANTIAGO v. WORKMAN. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 95–7240. SIPE v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 95–7241. ABBO v. ROSSI, MCCREERY & ASSOCIATES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 95–7243. SOLLIDAY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7244. BAYRON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–7245. SUTTER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7246. YARBOROUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7247. THOMPSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–7248. SANTOS URRUTIA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7249. VARGAS v. GEORGIA (two judgments). Ct. App. Ga. Certiorari denied.

No. 95–7251. KOFF v. FEDERAL BUREAU OF PRISONS ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–7253. SASSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–7255. PARRAS v. RICHARDSON, COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.